No. 03–5715.  ZUCKERMAN *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–5717.  TAYLOR *v.* BOOT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–5719.  WILLIAMS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 03–5720.  WALKER *v.* JACKSON, SUPERINTENDENT, BROWN CREEK CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 03–5722.  SWANN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5723.  SEEGARS *v.* WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.

No. 03–5725.  RUDD *v.* KANSAS.  Ct. App. Kan.  Certiorari denied.

No. 03–5726.  RINCON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5728.  WHITEHEAD *v.* BUSH, GOVERNOR OF FLORIDA, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–5732.  HILLCOAT *v.* HATCHER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–5734.  GREEN *v.* BROWNWOOD REGIONAL MEDICAL CENTER.  C. A. 5th Cir.  Certiorari denied.

No. 03–5736.  GEIDEL *v.* BLAINE ET AL.  C. A. 3d Cir.  Certiorari denied. .

No. 03–5744.  BROWN *v.* RAMSEY, SHERIFF, KANE COUNTY, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.